[No. 71706-5-I. Division One. June 22, 2015.]

ANN RULE, *Appellant*, v. RICK SWART ET AL., *Respondents.*

 *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 71767-7-I. Division One. June 22, 2015.]

LLOYD HARA, *Appellant*, v. KUNATH KARREN RINNE & ATKIN LLC, *Respondent.*

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 72115-1-I. Division One. June 22, 2015.]

CONTRACTORS BONDING AND INSURANCE COMPANY, *Respondent*, v. WAYNE BERRY ET AL., *Appellants.*

 *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Leach, JJ.

[No. 72123-2-I. Division One. June 22, 2015.]

NORIO MITSUOKA, *Appellant*, v. FUMOTO ENGINEERING OF AMERICA, INC., ET AL., *Respondents.*

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated August 26, 2015. Substitute opinion filed. See 189 Wn. App. at 1041.